**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**In the Matter of the Complaint of**
**Reliant Maritime Solutions, LLC, as**
**Owner *Pro Hac Vice* of M/V CITY OF LOUISVILLE,**
**for Limitation of Liability**

**NATIONWIDE RELIEF SOUGHT**          **Civil Action No.** <u>5:24-cv-159-BJB</u>

**VERIFIED COMPLAINT FOR LIMITATION OF LIABILITY**

**TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF KENTUCKY, PADUCAH DIVISION:**

**COMES NOW**, Reliant Maritime Solutions, LLC ("Reliant"), as owner *pro hac vice* of the M/V CITY OF LOUISVILLE (hereinafter sometimes referred to as the "towboat"), by and through undersigned counsel, and in support of its Complaint seeking limitation of liability pursuant to 46 U.S.C. 30501, *et seq.*, states:

1.     This action is brought pursuant to 46 U.S.C. 30501, *et seq.*, commonly known as the Limitation of Vessel Owner's Liability Act.

2.     This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. This Court has jurisdiction over the parties herein, and this matter is governed procedurally by Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

3.     Reliant Maritime Solutions, LLC is a limited liability company organized and existing under the laws of the State of Kentucky with its principal place of business located in Paducah, McCracken County, Kentucky.

4.      Reliant is in the business of providing fully crewed and victualed towboats to its customers for the purpose of towing barges on the inland river system.

5.      Reliant, at all relevant times herein, was the owner *pro hac vice* of the M/V CITY OF LOUISVILLE, Official Number 287746.

6.      On or about July 29, 2023, the M/V CITY OF LOUISVILLE, while towing several barges, grounded on a rock dike at or near Mile 42.5, Upper Mississippi River.  The grounding was caused, upon information and belief, when the Pilot of the towboat, over-corrected his steer causing the towboat and tow to slide out of the navigable channel and the towboat, itself, grounded on a rock dike, holing the bottom hull of the towboat and stranding the towboat and its tow on the rock dike.

7.      Reliant, at all times relevant and material herein, used due diligence to maintain the M/V CITY OF LOUISVILLE, in all respects, seaworthy, tight, staunch, and strong.

8.      The voyage at issue commenced at approximately 11:45 p.m. CST on July 17, 2023 at Mile 61, on the Mississippi River and terminated at approximately 2:45 p.m. CST on July 29, 2023 at or near Mile 42.5, Upper Mississippi River.

9.      Reliant has not received written notice of a claim from either its Deckhand Terris Wilson or attorneys representing Deckhand Terris Wilson, alleging either that Wilson suffered damages because of either the negligence of Reliant or the unseaworthiness of the M/V CITY OF LOUISVILLE or that Deckhand Terris Wilson's alleged damages exceed the post-grounding/salvage value of the M/V CITY OF

LOUISVILLE, which, upon information and belief, is THIRTY THOUSAND AND NO ($30,000.00) dollars.

10.    Upon information and belief, DH Terris Wilson and DH Zach Gordon were sitting in chairs in the deck locker located on the forward part of the first deck of the towboat when the grounding occurred.  Upon information and belief, the impact of the grounding was not sufficient enough to cause DH Terris Wilson to be knocked down, strain his back, or to fall off a table in the deck locker.

11.    At the time of the occurrence set out  hereinabove, there was no freight earned by Reliant in providing the M/V CITY OF LOUISVILLE to tow barges during this voyage.

12.    Reliant is filing this action within six (6) months of the date of any written notice from DH Terris Wilson or from someone representing him claiming that Wilson has suffered damages because of either the negligence of Reliant or the unseaworthiness of the M/V CITY OF LOUISVILLE.  Therefore, Reliant claims that the filing of this action is timely, pursuant to 46 U.S.C. § 30511(a) and Supplemental Admiralty Rule F(1).

13.    Other than the expenses of salvage/repair of the M/V CITY OF LOUISVILLE and the anticipated written claim of DH Terris Wilson, there have been no demands, unsatisfied liens, or claims of liens, in contract or in tort, or otherwise, arising from the voyage at issue, so far as known to Reliant and no other actions, procedures, or lawsuits, other than this lawsuit, are known to be pending as a result of the voyage at issue.  Since July 29, 2023, the M/V CITY OF LOUISVILLE has been salved and has been towed to

Paducah, Kentucky and has been sold for salvage generating THIRTY THOUSAND and no/100 ($30,000.00) DOLLARS which is being held by Reliant at its office in Paducah, Kentucky.

14.     Venue is proper in this district and division pursuant to Rule F(9) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure because the M/V CITY OF LOUISVILLE was home-ported in this district and division prior to its salvage sale and because the proceeds of its salvage sale remain in this district and division at Reliant's offices located in Paducah, Kentucky.

15.     Upon information and belief, the proximate cause of the grounding and stranding of the M/V CITY of LOUISVILLE was the piloting skills of Reliant's Pilot in command.  However, there is no evidence that the M/V CITY OF LOUISVILLE was unseaworthy.  While there is evidence that Reliant, by and through the actions of its Pilot in command, may have been negligent and that such negligence may have contributed to cause or caused the grounding of the M/V CITY OF LOUISVILLE on the rock dike and/or and alleged injuries or damages suffered by DH Terris Wilson, Reliant contends that such grounding and any such injuries and damages were occasioned and incurred without the privity or knowledge of Reliant or of anyone whose privity and knowledge is imputable to Reliant.  Reliant, therefore, is entitled to limit its liability for the stranding of the M/V CITY OF LOUISVILLE and the alleged injuries and damages of DH Terris Wilson to the sum of THIRTY THOUSAND AND N0/100 ($30,000.00) DOLLARS, being the post-

stranding/salvage value of the M/V CITY OF LOUISVILLE and its value at the conclusion of the voyage at issue, pursuant to 46 U.S.C. §30501, *et seq.,* as it had no pending freight.

16.     Reliant, as owner *pro hac vice* of the M/V CITY OF LOUISVILLE, hereby claims limitation of liability to the post-casualty/salvage value of the M/V CITY OF LOUISVILLE which is $30,000.00 for any and all losses or damages of any kind occasioned or incurred by or resulting from the stranding of the M/V CITY OF LOUISVILLE, including, but not limited to, those arising from the alleged injuries of DH Terris Wilson, and from any and all suits and claims which may hereafter be made against it, and Reliant further claims the benefits of limitation of liability provided by the Limitation of Vessel Owner's Liability Act, 46 U.S.C. §30501, *et seq.*, and, to that end, Reliant is willing to proceed according to admiralty law and pursuant to the Federal Rules of Civil Procedure as made applicable to certain admiralty and maritime claims.

17.     Immediately following the stranding/salvage of the M/V CITY OF LOUISVILLE and any alleged injuries to Deckhand Terris Wilson, and, therefore, at the conclusion of the voyage at issue, the value of the M/V CITY OF LOUISVILLE was $30,000.00. See the Affidavit of Fred Budwine, which is attached hereto as Exhibit "A" and incorporated herein by reference as if fully set forth herein.

18.     Reliant  offers an Ad Interim Stipulation for the value of the M/V CITY OF LOUISVILLE in the sum of $30,000.00, being its value at the conclusion of the voyage in question without any pending freight, plus interest at the rate of six percent (6%) per annum from the date of the filing of this Complaint, and all costs of court.

**WHEREFORE, PREMISES CONSIDERED,** Reliant Maritime Solutions, LLC, prays as follows:

1.      that this Court enter an order approving the Ad Interim Stipulation for the value of the M/V CITY OF LOUISVILLE in the amount of $30,000.00, being its value at the conclusion of the voyage in question as it had no pending freight, plus interest at the rate of six percent (6%) per annum from the date of the filing of this Complaint, and all costs of court;

2.      that, upon approval of the foregoing Ad interim Stipulation for Value, this Court enter an order enjoining and/or restraining the commencement and/or prosecution of any and all actions, suits, and/or legal proceedings of whatsoever kind, nature, or character, against the M/V CITY OF LOUISVILLE and/or Reliant Marine Solutions, LLC, the owner *pro hac vice* of the M/V CITY OF LOUISVILLE, its members, managers, agents, representatives, servants, employees, and affiliated companies, and any other person whomsoever or entity whatsoever for whom/which Reliant may be responsible, arising out of or attributable to, the grounding of the M/V CITY OF LOUISVILLE and the alleged injuries to DH Terris Wilson;

3.      that this Court cause notice to be issued to all persons, firms, or corporations having or alleging to have claims arising out of the grounding of the M/V CITY OF LOUISVILLE and the alleged injury to DH Terris Wilson on July 29, 2023:

      a.      admonishing them to appear and file their claims with the Clerk of this Court on or before the date to be fixed by this Court or be forever barred and permanently enjoined from making and filing such claims; and

        b.     directing them to answer Complaint.

4.     that should this Court, after due hearing, determine that Reliant Maritime Solutions, LLC, *in personam*, is liable to any person, firm, corporation, or entity to any extent on any basis, then this Court determine that Reliant Maritime Solutions, LLC is entitled to limit its liability to the value of the M/V CITY OF LOUISVILLE immediately following its grounding/salvage, being the conclusion of the voyage at issue, together with its pending freight, if any; and

5.     That judgment be entered against Reliant Maritime Solutions, LLC, *in personam*, in a sum of money not exceeding $30,000.00, plus interest at Six (6%) per cent per annum from the date of the filing of this Complaint through the date of judgment, together with post-judgment interest at the 52 week Treasury bill rate until said judgment is satisfied, and all costs of court; and

6.     Reliant Maritime Solutions, LLC prays for such other and further general relief to which it may show itself justly entitled.

**RESPECTFULLY SUBMITTED**, this the 9th day of October, 2024.

> s/Frank J. Dantone
> **FRANK J. DANTONE, KY BAR #83922**
> **HENDERSON DANTONE, P.A.**
> P.O. Box 778
> Greenville, MS 38702-0778
> Telephone No. (662) 378-3400
> Facsimile No. (662) 378-3413
> Email: fjd@hdpa.com
>
> Attorney for Reliant Maritime Solutions, LLC

## VERIFICATION

### STATE OF KENTUCKY

### COUNTY OF MCCRACKEN

I, Jeremy S. Tardy, being first duly sworn, state that I am one of the Members of Reliant Maritime Solutions, LLC, a Kentucky limited liability company. I have read the foregoing Verified Complaint, and all of the matters set forth therein are true and correct to the best of my knowledge, information and belief. I am authorized to make this verification on behalf of Reliant Maritime Solutions, LLC, and same is the free act and deed of Reliant Maritime Solutions, LLC.

_____
Jeremy S. Tardy
Member

SWORN TO AND SUBSCRIBED BEFORE ME, this the 8th day of October 2024.

_____
NOTARY PUBLIC

Expires 7/28/2027
Jennifer Lee Edwards
My Commission # KYNP76518

-8-