UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION

**In the Matter of the Complaint of**
**Reliant Maritime Solutions, LLC,**
**as Owner *Pro Hac Vice* and Operator of**
**the M/V CITY OF LOUISVILLE,**
**for Limitation of Liability** Civil Action No. 5:24-cv-159

* * * * *

## ORDER APPROVING *AD INTERIM* STIPULATION, DIRECTING ISSUANCE OF NOTICE, AND RESTRAINING SUITS

Reliant Maritime Solutions, LLC, as owner *pro hac vice* of the M/V CITY OF LOUISVILLE, has filed a complaint in this Court seeking exoneration or limitation of liability from a maritime incident that occurred on July 29, 2023, at mile marker 42.5 of the Upper Mississippi River. The complaint alleges that the towboat M/V CITY OF LOUISVILLE slid out of the navigable channel and grounded the towboat on a rock dike in the Mississippi River, "holing the bottom hull" of the towboat and "stranding" the towboat and its tow. Complaint ¶ 6.

Reliant moves for a limitation of liability under 46 U.S.C. § 30501, *et. seq.*, and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims. (DN 14). As required by Rule F, Reliant's complaint states the facts and circumstances on which it bases its claim, provides evidence of the value of the M/V CITY OF LOUISVILLE, and seeks an order approving an *ad interim* stipulation as security in the amount of the value of the towboat and freight plus interest and court costs. Reliant also seeks the issuance of notice and an order enjoining any actions arising out of the July 29, 2023, incident.

Reliant states that the post-accident value of the M/V CITY OF LOUISVILLE was $30,000 and that it had no freight. Reliant has filed an *ad interim* stipulation for the value of the vessel and an affidavit of the marine surveyor, Fred Budwine, confirming the value of the vessel. *See Ad Interim* Stipulation (DN 1); Budwine Affidavit (DN 4).

The Court accepts the *ad interim* stipulation as adequate security for this limitation-of-liability proceeding. The Court further orders the Clerk to issue notice to persons asserting claims arising out of the July 23, 2023, maritime casualty incident. All claimants shall file their respective claims with the Court and serve the Plaintiff a copy on or before June 19, 2025. *See* Rule F(4).

The Court also orders that public notice shall be given by publication in "a newspaper of general circulation in McCracken County, Kentucky" once a week for four successive weeks. Motion (DN 14) at 2; Rule F(4). Reliant's attorney shall also mail—not later than the date of the second newspaper publication—a copy of the public notice to every person, firm, or corporation known to have made a claim against the M/V CITY OF LOUISVILLE arising out of the incident.

Finally, the Court issues a restraining order enjoining all other claims and proceedings arising out of or attributable to the incident against Reliant; its officers, agents, servants, employees, or affiliated companies; or against the M/V CITY OF LOUISVILLE itself. *See* 46 U.S.C. § 30511; Rule F(3) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

Benjamin Beaton, District Judge
United States District Court

May 13, 2025