**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**
**Case No. 5:24-cv-159-BJB-LLK**

**IN THE MATTER OF THE COMPLAINT OF RELIANT MARITIME SOLUTIONS, LLC, AS OWNER *PRO HAC VICE* AND OPERATOR OF THE M/V CITY OF LOUISVILLE, FOR LIMITATION OF LIABILITY**

# SHOW CAUSE ORDER

This matter has been referred to Magistrate Judge Lanny King to hear and determine all pretrial matters. [DN 10]. Pursuant to this authority, the Court held a telephonic status conference on December 15, 2025, [DN 23]. Counsel for the Counter Claimant attended the call. Frank Dantone, counsel for Petitioner, did not appear.

The Court rescheduled this status conference after Mr. Dantone failed to appear for the previous call, which was held on November 17, 2025. [DN 23]. Mr. Dantone's office contacted the Court with an explanation (their ECF notices were going to junk mail) but confirmed availability for a conference on December 15, 2025, at 4:00 PM Central Time. Mr. Dantone again failed to appear and has not contacted the Court to provide an explanation in the three weeks that have passed since the last conference was held. It is also noteworthy that Mr. Dantone was approximately fifteen minutes late for the August 18, 2025, status conference and only appeared after the Court contacted his office. Accordingly,

**IT IS HEREBY ORDERED** that Frank Dantone shall have fourteen (14) days to show cause why he should not be sanctioned or held in contempt for failure to comply with previous orders of this Court.

**IT IS FURTHER ORDERED** that the next status conference is scheduled for March 30, 2026, at 4:00 PM Central Time before Magistrate Judge Lanny King. The parties shall connect to the call by dialing 1-650-479-3207 and entering access code 2303 118 0494#.

**IT IS FURTHER ORDERED** that Frank Dantone or counsel for Petitioner shall have fourteen (14) days to contact the Court to confirm availability for the next status conference.

January 6, 2026

**Lanny King, Magistrate Judge**
**United States District Court**

Copies to: Counsel
Court Time. .0.0