**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**
**PADUCAH DIVISION**

**In the Matter of the Complaint of**
**Reliant Maritime Solutions, LLC,**
**as Owner Pro Hac Vice of M/V CITY OF LOUISVILLE,**
**for Limitation of Liability**

**Civil Action No. 5:24-cv-159-BJB**

**RESPONSE TO ORDER TO SHOW CAUSE**

**COME NOW**, Frank J. Dantone, KY Bar No. 83922, Counsel of record for the Petitioner/Defendant as to the Claim of Terris Wilson, and for his Response to the Court's Order to Show Cause Why He Should Not Be Held in Contempt of Court for his failure to attend the Status Conference scheduled by the Court and Counsel to be held on December 15, 2025, would state unto the Court as follows:

1. Frank J. Dantone did not intentionally avoid or willfully fail to attend the subject conference with United States Magistrate Judge Lanny King and counsel opposite.

2. However, Frank J. Dantone negligently failed properly to calendar the setting of the subject conference with United States Magistrate Judge Lannie King and counsel opposite as he failed to realize that items calendared to his console computer situated in his office at 241 Main Street, Greenville, Mississippi were not simultaneously sent to and received by the computer situated in his cellular telephone which is a Apple 12.

3. Frank J. Dantone has no excuse for his failure to assure that he remains aware of scheduled conferences with the Court and counsel opposite solely by and through the use of his cellular telephone or his office computer.

4. Frank J. Dantone is also aware that the occasion of him failing to attend a scheduled conference of the Honorable Lannie King and counsel opposite on December 15, 2025 is not the first occasion during the pendency of this cause when he has failed to attend such a scheduled conference.

5. Frank J. Dantone asks the Court to, as it sits in this particular matter as a Court of the Admiralty, an out-growth of the Chancery Court, look upon his situation with an eye to reaching an equitable result both recognizing Mr. Dantone's failure to comply with the Court's orders, especially those which are purposefully designed to advance the progress of the cause toward a final judgment or resolution, but also understanding the avalanche of items to schedule and to attend which this current time of digital litigation forces upon trial practitioners.

6. In an effort to prevent any future unexcused absences at any conference or judicial setting of this Court, Edward Lamar, an associate of Frank Dantone, will enter an appearance in this litigation and will assist Frank Dantone in any future appearances in front of this Court.

**RESPECTFULLY SUBMITTED**, this the 19th day of January, 2026.


s/Frank J. Dantone
**FRANK J. DANTONE, KY BAR #83922**
**HENDERSON DANTONE, P.A.**
P. O. Box 778
Greenville, MS 38702-0778
Telephone No. (662) 378-3400
Facsimile No. (662) 378-3413
Email: fjd@hdpa.com

Counsel for Petitioner/Defendant,
Reliant Maritime Solutions, LLC

## CERTIFICATE OF SERVICE

I, Frank J. Dantone, attorney for Reliant Maritime Solutions, LLC, do hereby certify that on January 19, 2026, I electronically filed this document through the Court's ECF system.

s/Frank J. Dantone